Entered on Docket
September 17, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 17, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

CASPER J. RANKIN (CA SBN 249196)
TRAVIS J. LILLIE (CA SBN 267339)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for  US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR6

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DANIEL E. DETAR AND CELIA V. DETAR,<br><br><br><br><br><br>Debtor(s). | Case No. 10-57228-RLE<br><br>Chapter 7<br><br>R.S. No. TJL-86<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:  September 1, 2010<br>TIME:   10:30 AM<br>CTRM:   3099<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on September 1, 2010, at 10:30 AM, in Courtroom 3099, upon the Motion of US Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR6 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Daniel E. DeTar and Celia V. DeTar ("Debtors") commonly known as 862 Jeffrey Street, Incline Village, Nevada 89451 (the "Real Property"), which is legally described as follows:

- 1 -

SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 15.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

5. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

APPROVED AS TO FORM:

DATED: _____     _____

ATTORNEY FOR DEBTOR(S)

\*\* END OF ORDER \*\*

# COURT SERVICE LIST

Pite Duncan LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Daniel E. DeTar
Celia V. DeTar
3411 Ruby Court
San Jose, CA 95148

Charles B. Greene
Law Offices of Charles B. Greene
84 W Santa Clara St. #770
San Jose, CA 95113
Debtor Attorney

John W. Richardson
5161 Soquel Dr. #F
Soquel, CA 95073
Chapter 7 Trustee

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

BAC Home Loans
c/o Managing and/or Servicing Agent
P.O. Box 1597
Norfolk, VA 23501